IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2020 SEP 29 PM 12: 25
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| SHELIA COLLINS OWENS, M.D., § <br> PLAINTIFF, § <br> § <br> V. § <br> § <br> TEXAS DEPARTMENT OF FAMILY § <br> AND PROTECTIVE SERVICES; MS. § <br> JAMIE MASTERS, EXECUTIVE § <br> DIRECTOR OF ADULT PROTECTIVE § <br> SERVICES IN BOTHER HER OFFICIAL § <br> AND INDIVIDUAL CAPACITIES; AND § <br> MS. LYDIA BIAS, SUPERVISOR, § <br> INDIVIDUALLY; AND AISHA ROSS, § <br> DEFENDANTS. § | CAUSE NO. 1:20-CV-367-LY |

## ORDER

Before the court are Defendant Aisha Ross's Motion to Dismiss All Claims Against Her filed June 3, 2020 (Doc. #8) and Texas Department of Family and Protective Services Motion to Dismiss filed September 14, 2020 (Doc. #11). Also before the court is Plaintiff's Unopposed Motion for Leave to File First Amended Complaint filed September 28, 2020 (Doc. #12). Plaintiff's First Amended Complaint is attached as an exhibit to the motion for leave to file (Doc. #12-2). Because the motion for leave to file is unopposed,

**IT IS ORDERED** that Plaintiff's Unopposed Motion for Leave to File First Amended Complaint filed September 28, 2020 (Doc. #12) is **GRANTED**. The clerk is instructed to file Plaintiff's First Amended Complaint, attached to Plaintiff's motion for leave, in the record in this cause.

In light of the filing of Plaintiff's First Amended Complaint,

**IT IS FURTHER ORDERED** that Defendant Aisha Ross's Motion to Dismiss All Claims Against Her filed June 3, 2020 (Doc. #8) and Texas Department of Family and Protective Services Motion to Dismiss filed September 14, 2020 (Doc. #11) are **DISMISSED WITHOUT PREJUDICE.**

SIGNED this _____ day of September, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE